# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
_Charlotte_ DIVISION

*FILED*
*CHARLOTTE, N. C.*

1 2005

*U. S. DISTRICT COURT*
*W. DIST. OF N. C.*

**UNITED STATES OF AMERICA**

v.

_George Stoutenburgh_

**WAIVER OF ARRAIGNMENT**

Case # _0 3:05CR283_

The undersigned defendant acknowledges (1) that he/she has received a copy of the indictment in the above-captioned case; (2) that he/she has reviewed the contents of the indictment and understands the general nature of the charges against him/her; and (3) that counsel has advised him/her of the maximum penalties provided for the offenses with which he/she is charged.

With the advice and consent of counsel, the undersigned defendant hereby waives his/her right to be present at arraignment on the indictment in the case and enters pleas of _Not guilty_ to each of the counts in which he/she is charged.

The defendant ___V___ does _____ does not request a jury trial on all counts.

Date: _10/3/05_

_____
**Defendant**

Date: _10/11/05_

_____
**Defense Counsel**

**NOTE:** THE WAIVER OF ARRAIGNMENT FORM **MUST** BE FILED IN THE CLERK'S OFFICE AT LEAST 24 HOURS PRIOR TO THE SCHEDULED ARRAIGNMENT. IF NOT, IT IS MANDATORY FOR DEFENSE COUNSEL AND DEFENDANT TO APPEAR FOR THE HEARING.