UNITED STATES DISTRICT COURT
DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Case Number: 3:05-cr-283-Mu |
| | ) | |
| GEORGE C. STOUTENBURGH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The United States of America, having moved this Court pursuant to Title 18, United States Code, Section 3771(d)(2), for authorization to employ the alternative victim notification procedures in lieu of those prescribed by section 3771(a), (b) and (c), on the grounds that the number of crime victims in this case makes it impracticable to accord all of the crime victims the rights described in subsection 3771(a), and full consideration having been given to said Motion, the Court finds:

  a. that the number of potential crime victims in this case renders compliance with the victim notification requirements prescribed by Title 18, United States Code, Section 3771(a), (b), and (c) impracticable pursuant to Subsection 3771(d)(2); and

  b. that the alternative notification procedures proposed by the government are reasonable and sufficient to give effect to the crime victim rights outlined in Section 3771 and will not unduly complicate or prolong the proceedings.

WHEREFORE, IT IS HEREBY ORDERED that the United States shall provide notice to each of the trade group associations identified in the government's Motion which notice shall include the following information:

1. The name of the defendant(s), the case number(s), and charge(s);
2. Notification that the associations' members, and non-members producing similar copyrighted intellectual property, may have been victimized by the illegal activities of the named defendant(s);
3. All of the victim rights codified at 18 U.S.C. § 3771(a);
4. The identity and telephone number of the prosecutor in the case;
5. A description and explanation of the government's Victim Notification System (VNS); a Victim Identification Number(VIN); and a Personal Identification Number (PIN); and the means by which the associations and potential victims can obtain current case information from the VNS web site or from the VNS call center using the above information.

SO ORDERED.

**Signed: November 21, 2005**

Graham C. Mullen
Chief United States District Judge