# UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

| Patricia S. Connor | www.ca4.uscourts.gov | Telephone |
| Clerk | | (804) 916-2700 |

September 26, 2007

Clerk, U. S. District Court
Western District of North Carolina at Charlotte
401 West Trade Street
Charlotte, NC 28202

        Second Request

RE: 07-4537 US v. George Stoutenburgh
     3:05-cr-283-W

Dear Clerk:

    The appellant has filed a brief citing Anders v. California, 368 U.S. 738 (1967). In Anders cases, this Court is required to review the entire record for possible reversible error. The review required by Anders includes review of the presentence report. Therefore, please include the presentence report as a sealed volume when you forward the record to this court. The record may be transmitted in paper form or assembled electronic record form using the Fifth Circuit's electronic record program.

    Please forward the record on appeal to this office within seven days of the date of this letter. If the electronic record is transferred, please be sure to transmit any non-electronic portions as paper supplements. Please send any sealed portions via e-mail or as a sealed paper supplement.

                                      Yours truly,

                                      PATRICIA S. CONNOR
                                          Clerk

                                      /s/ Deborah S. Daniel
                              By: _____
                                  Deputy Clerk

cc:   Corey F. Ellis
      Richard D. Green
      Carol Ann Bauer