UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 07-4537
(3:05-cr-283-W)

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

GEORGE C. STOUTENBURGH,

        Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this Court, entered 1/22/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*