United States Court
Honorable Frank D. Whitney
401 W. Trade St.
Charlotte, NC 28202

Aug 14, 2008

Dear Honorable Frank D. Whitney:

My name is George C. Stoutenburgh, Jr., docket number 3:05CR283-W.

I received a notice from the US Department of Prisons to report on Aug. 25, 2008. I would like to request a Stay of Sentence until the 2255 motion is resolved.

Thank you and God Bless

George C. Stoutenburgh
46000 E. County Rd. 6
Bennett, Co. 80102
Home: 303.644.5195
Cell: 303.489.1984
E-Mail: georges@axint.net



**U.S. Department of Justice**

United States Marshals Service

*Western District of North Carolina*

---

*Charlotte, NC 28234*

July 25, 2008

Mr. George Stoutenburgh
46000 E. County Rd #6
Bennett, CO 80102

Dear Mr. Stoutenburgh:

Please be advised that you must report to the following Federal facility no later than NOON on the below listed date to begin the service of your Federal sentence:

USP Florence ADMAX SCP
U.S. Penitentiary – Satellite Camp
5880 Highway 67 South
Florence, Colorado 81226
(719) 784-9464
**MONDAY, August 25, 2008**

Failure to surrender after being duly notified by this office will result in a warrant of arrest being issued. If you cannot reach this facility for any reason by this time, please contact this office at (704) 350-7200. Upon receipt of this letter, it is imperative that you contact the undersigned at this same number.

Sincerely yours,

PATRICK C. SMITH
*United States Marshal*

By: Kirstin Gale Jones
        Criminal Program Specialist

cc: USPO, CLT
        Institution