IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:05-cr-00283-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GEORGE C. STOUTENBURGH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER comes now before the Court upon Defendant's Motion to Stay Sentence pending the resolution of his § 2255 motion (Doc. No. 46). Defendant's § 2255 motion has been denied. Defendant's Motion to Stay is therefore DENIED AS MOOT.

IT IS SO ORDERED.        Signed: August 21, 2008

Frank D. Whitney
United States District Judge