## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>TWELVE (12) MONTHS & ONE (1) DAY</u>.

<u>X</u>   The Court makes the following recommendations to the Bureau of Prisons:
   Defendant shall participate in the Inmate Financial Responsibility Program to support dependants and for payment of court imposed monetary penalties.
   Defendant shall be designated to a facility close to Denver, CO.

\_   The defendant is remanded to the custody of the United States Marshal.

\_   The defendant shall surrender to the United States Marshal for this district:

   \_   At \_\_\_\_ On \_\_\_.
   \_   As notified by the United States Marshal.

<u>X</u>   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   \_   Before 2 pm on .
   <u>X</u>   as notified by the United States Marshal.
   \_   As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

___

Defendant delivered on  **8-25-08**  To **FPC Florence**

At **Florence, CO**, with a certified copy of this Judgment.

R. Wiley, Warden  
United States Marshal

By  S. Felker, CIE  
Deputy Marshal

FILED  
CHARLOTTE, NC

SEP 8 2008

U.S. DISTRICT COURT  
WESTERN DISTRICT OF NC